NOTE: CHANGES MADE BY THE COURT

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN METAL FABRICATORS LLC, a Domestic Limited-Liability Company; EARL JEROME WALLACE, also known as JERRY WALLACE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02822-AB-KS<br><br>~~REVISED [PROPOSED]~~ ORDER AND JUDGMENT<br><br>Before The Honorable André Birotte Jr. |

This case came on for hearing on May 25, 2018 before the Honorable André Birotte Jr., United States District Court Judge.

Having considered the papers and arguments submitted, and good cause appearing, the Court grants Plaintiffs' Motion for Summary Judgment. (Dkt. No. 25.)

////

IT IS HEREBY ORDERED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES, shall have judgment as follows:

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES' FIRST CLAIM FOR RELIEF AGAINST AMERICAN METAL FABRICATORS LLC, a Domestic Limited-Liability Company corporation:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $328,750.74 |
| 2. | Liquidated damages | 193,183.76 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to May 25, 2018 (accruing at $100.10 per day) | 57,001.54 |
| 4. | Attorneys' fees | 14,038.69 |
| | GRAND TOTAL | $592,974.73 |

5. Plus costs to be determined after entry of judgment.

6. This judgment shall bear interest at the rate pursuant to 28 U.S.C. § 1961(a).

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES' SECOND CLAIM FOR RELIEF AGAINST AMERICAN METAL FABRICATORS LLC, a Domestic Limited-Liability Company corporation and EARL JEROME WALLACE, also known as JERRY WALLACE, an individual:

| | | |
|---|---|---:|
| 1. | Balance on Settlement | $83,358.14 |
| 2. | Interest on the balance from March 1, 2013 to May 25, 2018 (accruing at $4.47 per day or 7% per annum) | $7,163.52 |
| 3. | Attorneys' fees | 4,935.33 |
| | GRAND TOTAL | $95,456.99 |

4. Plus costs to be determined after entry of judgment.

5. This judgment shall bear interest at the rate pursuant to 28 U.S.C. § 1961(a).

DATED: June 1, 2018

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE